IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | : : : | CIVIL ACTION NO. 15-6619 |
| Plaintiff, | : : | |
| v. | : : | |
| KIM'S ASIA CONSTRUCTION, | : : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **5th** day of **October, 2016,** it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, Plaintiff's Motion for Judgment on the Pleadings and/or Motion for Summary Judgment (ECF No. 15) is **GRANTED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,      J.**